# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 643 - 1 | **DATE** | 8/13/2008 |
| **CASE TITLE** |  | USA vs. Melvin Phillips | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Melvin Phillips. Government's ex parte motion to seal Criminal Complaint, Affidavit and Arrest Warrant is granted. Case is to remain under seal through and including September 13, 2008 or until further order of the Court. Enter Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|

