Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 643 | **DATE** | 8/19/2008 |
| **CASE TITLE** | USA vs. Melvin Phillips | | |

**DOCKET ENTRY TEXT**

Government's motion to unseal the complaint is granted. Enter Order. /s/ Geraldine Soat Brown

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|