UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 643 |
| v. | ) | |
| | ) | Hon. Geraldine Soat Brown |
| MELVIN PHILLIPS | ) | United States Magistrate Judge |
| | ) | |

### ORDER

This matter comes before the Court on the Government's Motion to Unseal the Criminal Complaint and associated documents in this case. It is hereby ordered that:

The Motion is granted and the Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal, and the Order accompanying the Motion to Seal are unsealed.

_____
Geraldine Soat Brown
United States Magistrate Judge

DATED: August 19, 2008