Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 643 | **DATE** | 8/18/2008 |
| **CASE TITLE** | USA vs. Melvin Phillips | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Melvin Phillips appears in response to arrest on 08/18/08. Defendant informed of his rights. Robert Campbell appears as retained counsel for defendant. Government moves for pretrial detention. Detention hearing set for 08/22/08 at 2:00 p.m. Preliminary examination hearing set for 08/22/08 at 2:00 p.m. Defendant shall remain in custody pending the detention hearing.

*Geraldine Soat Brown*

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|

U.S. DISTRICT COURT
2008 AUG 18 PM 5:01
FILED