## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 643 | **DATE** | 8/22/2008 |
| **CASE TITLE** | USA vs. Melvin Philips | | |

**DOCKET ENTRY TEXT**

Detention hearing held. For the reasons stated on the record, Government's oral motion for pretrial detention is granted. Government's draft order setting out the court's findings shall be submitted to defendant's counsel by 08/27/08. Defendant's counsel shall review and submit any changes by 08/29/08. The draft order shall be submitted to Judge Brown's chambers by 09/02/08. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Defendant shall remain in custody pending trial or until further order of the Court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | NTF |
|---|---|---|