UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGE BUCKLO** |
| | ) No. 08 CR 643 |
| v. | ) |
| | ) Violations: Title 21, United States Code, |
| MELVIN PHILLIPS | ) Section 841(a)(1) and Title 18, |
| also known as "Mel Moe" | ) United States Code, Section 924(c)(1) |
| | ) |

**MAGISTRATE JUDGE MASON**

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about May 16, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

MELVIN PHILLIPS
aka "Mel Moe,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about May 16, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

MELVIN PHILLIPS
aka "Mel Moe,"

defendant herein, knowingly possessed a firearm in furtherance of, and used and carried that firearm during and in relation to a drug trafficking crime for which defendant may be prosecuted in a court of the United States, namely a violation of Title 21, United States Code, Section 841(a)(1), as more fully set forth in Count One of this indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY